# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| Oronde Coleman | Case No. 2:25-cv-01566-APG-BNW |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER and REPORT and REOMMENDATION** |
| Thomas A. Ericsson, | |
| Defendant. | |

Before this Court are Plaintiff's motions to proceed with an ineffective assistance of counsel claim and to dismiss counsel. ECF Nos. 5 and 6.

Based on Plaintiff's filings, it appears his state criminal case is ongoing. If so, it is premature for Plaintiff to proceed with a claim for ineffective assistance of counsel and, moreover, there are exhaustion requirements that must be met before he is allowed to proceed in federal court. 28 U.S.C. § 2254(b).

Lastly, Plaintiff's request to have new counsel appointed must be brought before the proper court (the Eighth Judicial District) and not this Court.

**IT IS RECOMMENDED** that the motion to file a claim for ineffective assistance of counsel be denied without leave to amend in this case and with leave to file in the appropriate court at the appropriate time.

**IT IS ORDERED** that his request to have new counsel appointed is denied without prejudice and with leave to file in the appropriate court.

DATED: October 8, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE